**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

PRESENT:     Patrick J. Hanna, Magistrate Judge, Presiding          Date: May 25, 2016
             Evelyn Alexander, Minute Clerk
             Cathleen Marquardt, Court Reporter

COURT OPENED: 3:30 p.m.                                     COURT ADJOURNED: 3:55 p.m.

Court Time:  0:25

---

<u>MINUTES OF COURT</u>
<u>CHANGE OF PLEA HEARING</u>

---

CASE NO. 6:16-CR-00053-01                         ____  Defendant in custody
                                                   _X_  Defendant on Bond, Bond cont'd
                                                   ____  Bond set: $25,000, unsecured
DEFENDANT: EDWIN ZAVALA, JR                        ____  Bond cancelled
                                                   ____  Failed to appear, warrant ordered

GOVT. COUNSEL: David C Joseph, AUSA
DEFENSE COUNSEL:  Cristie G Gibbens, FPDO

---

  _X_   Case called for arraignment
        ____  Information filed
        ____  Waiver of indictment filed
        _X_   Indictment reading waived
        _X_   Defendant advised of charges, maximum penalties, & rights
        ____  Preliminary Examination Waived
        ____  Interpreter Sworn
        ____  Plea of not guilty
              days allowed for filing of defense motions
              days thereafter allowed for filing Government responses and motions
              trial set for:
        Bail:
        _X_   Plea of guilty to count 6 of the indictment
        _X_   Defendant under oath
        _X_   Defendant advised of Rule 11 rights
        _X_   Factual basis for the plea submitted
  _X_   Defendant acknowledged understanding of the charge and the maximum penalty & rights
              _X_  Plea of guilty accepted
              _X_  Filings:  Consent to Plead Before U S Magistrate Judge in a Felony Case and
                            Waiver of Objection to Report and Recommendation
                            Elements of the Offense
                            Affidavit of Understanding of Maximum Penalty and Constitutional Rights
                            Stipulated Factual Basis for Guilty Plea
                            Plea Agreement

**Page 1 of 2**

**Comments:**

**The defendant was advised of his right to trial. The defendant entered a plea of guilty to count 6 of the Indictment. For those reasons assigned orally, it is recommended that the plea of guilty be accepted.**

**IT IS ORDERED that a special assessment of $100.00 is imposed on the defendant pursuant to 18 U.S.C. §3013 is payable immediately.**

**IT IS FURTHER ORDERED that a pre-sentence investigation report be prepared.**

**IT IS FURTHER ORDERED the court reporter file the transcript into the record and submit a copy to Judge Walter and Judge Hanna.**

**IT IS FURTHER ORDERED the clerk is to notify both parties of the filing of the transcript.  A written report and recommendation to Judge Walter will follow.**

**IT IS FURTHER ORDERED the defendant is released pending sentencing. The sentencing date will be set upon completion of the pre-sentence report.**